```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| GREG BRANDT, et al., | CIVIL ACTION NO. 05-1536 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| TOWNSHIP OF HILLSBOROUGH, |  |
| Defendant. |  |

**THE PARTIES** advising the Court separately by telephone on September 5, 2006, that this action has been settled; and thus the Court intending to dismiss the complaint (1) without costs and (2) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                              s/ Mary L. Cooper  
                                              **MARY L. COOPER**  
                                              United States District Judge