```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| GREG BRANDT, et al., | CIVIL ACTION NO. 05-1536 (MLC) |
| Plaintiffs, | **ORDER & JUDGMENT** |
| v. | |
| TOWNSHIP OF HILLSBOROUGH, | |
| Defendant. | |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this    7th    day of September, 2006, **ORDERED AND ADJUDGED**, as it has been reported to the Court that the action has been settled, that:

(1) the complaint is **DISMISSED** (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and

(2) if any party shall move to set aside this order and judgment as provided above or pursuant to the provisions of Federal Rule of Civil Procedure 60(b), in deciding such motion the Court retains jurisdiction of the action to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

                                             s/ Mary L. Cooper          
                                             **MARY L. COOPER**  
                                             United States District Judge